PANHELLENIC HOUSE ASSOCIATION, INC., Respondent, v. S. CHARLES SAVIO et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied upon the ground that a determina-

tion of the issues should await a trial. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.